IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| RICHARD LEE ORTIZ (01)<br>MARK ANTHONY MACEYRA (02)<br>ERICK PETE LOPEZ (03) | 4:23-cr-001-O |

### INDICTMENT

The Grand Jury Charges:

#### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

In and around November 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Richard Lee Ortiz, Mark Anthony Maceyra** and **Erick Pete Lopez**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment - Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Email: Shawn.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

RICHARD LEE ORTIZ (01)
MARK ANTHONY MACEYRA (02)
ERICK PETE LOPEZ (03)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841 (a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

A true bill rendered

_____
FOREPERSON

DALLAS

Filed in open court this __4__ day of January, 2023.

**Defendant Maceyra (02) in Federal Custody since December 5, 2022.**
**Warrants to Issue: Ortiz (01) and Lopez (03)**

-------------------------------------------------------------------------------

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-967-BJ